IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATIONWIDE LIFE INSURANCE COMPANY | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | |
| FRANKLIN MILLS ASSOCIATES LIMITED PARTNERSHIP | : | NO. 13-0038 |
| | : | |

**O R D E R**

**AND NOW**, this  23rd  day of  September , 2014, upon consideration of Defendant Franklin Mills Associates Limited Partnership's Motion for Judgment on the Pleadings (ECF No. 9), and all papers submitted in support thereof and in opposition thereto, it is **ORDERED** that the Motion is **DENIED.**

IT IS SO ORDERED.

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**