IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATIONWIDE LIFE INSURANCE COMPANY | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | |
| FRANKLIN MILLS ASSOCIATES | : | NO. 13-0038 |
| LIMITED PARTNERSHIP | : | |

**O R D E R**

AND NOW, this  21st  day of May, 2015, upon consideration of Plaintiff's Motion to Strike Unsigned Answers to Interrogatories and Unsigned Objections to Discovery Requests, Or, in the Alternative, to Compel Full and Complete Answers to Interrogatories and Production of Documents by Defendant (ECF No. 21); Defendant's Motion to Compel and to Determine Sufficiency of Answers and Objections to Requests for Admissions (ECF No. 23); Plaintiff's Motion for a Protective Order Against Oral Deposition of Three (3) In-House Counsel (ECF No. 24); and all responses thereto, it is **ORDERED** as follows:

1. Plaintiff's Motion to Strike Unsigned Answers (ECF No. 21) is **DENIED as MOOT**.

2. Defendant's Motion to Compel and to Determine Sufficiency of Answers (ECF No. 23) is **DENIED**.

3. Plaintiff's Motion for a Protective Order is **GRANTED** as to Attorneys Abel and Reeve and **DENIED** as to Attorney Anthony.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**