IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATIONWIDE LIFE INSURANCE COMPANY | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | |
| FRANKLIN MILLS ASSOCIATES LIMITED PARTNERSHIP | : | NO. 13-0038 |
| | : | |
| | : | |

**O R D E R**

**AND NOW**, this __31st__ day of __March__, 2017, upon consideration of Defendant Franklin Mills Associates Limited Partnership's Motion for Partial Summary Judgment (ECF No. 34) and Plaintiff Nationwide Life Insurance Company's Motion for Summary Judgment (ECF No. 35), and all papers submitted in support thereof and in opposition thereto, it is **ORDERED** that the Motions are **DENIED.**

IT IS SO ORDERED.

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**